28,594-21

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 19 2015

Abel Acosta, Clerk

No W07-55832-S (D)

Ex parte                                    § In the Court of Criminal Appeals
Arthur Roy Morrison                         § Travis County, Texas
                    Petitioner
                                            §        MOTION DENIED
                                            §        DATE: 3·20·15
                                            §        BY: P.C.

<u>Motion To Vacate For Extrinsic Fraud</u>

To said Court:

Take notice Petitioner moves to vacate fraudulent judgments for extrinsic fraud will be set out below.

Petitioner was ex communicated by his Counsel Prevaricator Eckstein from the Grand Jury proceeding he sent a letter but refuses to give Petitioner a copy.

Petitioner was also maledicted from an examining trial by counsel see application (B) (C) (D)

Petitioner was maledicted from the triers see (B) (C) (D) see also suggestions to revisit (B) (C) and criminal complaints.

Petitioner was ex communicated from (B), ex parte communications were used that adverse rulings were promulgated therefrom.

Petitioner discovered two fraudulent judgments that the courts refuse to correct that were fraudulently concealed from Petitioner.

Ergo extrinsic fraud  Fraus est celare fraudem.

Page 1

## Prayer

Wherefore Petitioner prays this court vacate the fraudulent judgments

13 mar 15

Prayed,

Arthur Roy Morrison

## Jurat

I avow under the penalty of perjury that the aforesaid is true & correct.

13 Mar 15

Arthur Roy Morrison

## Service

The trial ct. was mailed a copy

13 mar 15

Arthur Roy Morrison